CHARLOTTE L. FOX, Respondent, v. CITY OF SYRACUSE, Appellant, and FRED J. GREEN, Defendant.— Motion granted to amend order of reversal so as to state that the reversal was made upon the law only. Present — Sears, P. J., Taylor, Edgcomb, Thompson and Crosby, JJ.

HENRY J. FOX, Respondent, v. CITY OF SYRACUSE, Appellant, and FRED J. GREEN, Defendant.— Motion granted to amend order of reversal so as to state that the reversal was made upon the law only. Present — Sears, P. J., Taylor, Edgcomb, Thompson and Crosby, JJ.

In the Matter of FRANCIS PRESTON, an Attorney and Counselor at Law.— Issues raised by the petition and answer referred to Delos M. Cosgrove, Esq., of Watertown, to take the proofs thereon and return the same to this court, together with his opinion thereon, and the district attorney of Onondaga county directed to prosecute the proceeding. Present — Sears, P. J., Crouch, Taylor, Thompson and Crosby, JJ.

LILLIAN NERENBERG, Respondent, v. ERNEST C. CRAMER, Appellant.— Appeal dismissed, without costs, upon stipulation filed. Present — Sears, P. J., Crouch, Taylor, Edgcomb and Thompson, JJ.

HENRY PUFPAFF, Respondent, v. ELETO DELIVERY COMPANY, INCORPORATED, Appellant.— Appeal dismissed, without costs, upon stipulation filed.— Present — Sears, P. J., Crouch, Taylor, Edgcomb and Thompson, JJ.

GEORGE B. HERDER and Others, Respondents, v. CLIFTON C. CLIFFORD, Appellant.— Appeal dismissed, without costs, upon stipulation filed. Present — Sears, P. J., Crouch, Taylor, Edgcomb and Thompson, JJ.

EDWARD HADCOCK, Respondent, v. CLAIRE W. WIGGINS, Defendant, and WILLIAM J. McLANE and BARBARA McLANE, Appellants.— Appeal dismissed unless appellants shall file and serve the printed papers and printed briefs by March sixteenth. Present — Sears, P. J., Crouch, Taylor, Thompson and Crosby, JJ.

LILLIAN HADCOCK, Respondent, v. WILLIAM J. McLANE and BARBARA McLANE, Appellants.— Appeal dismissed unless appellants shall file and serve the printed papers and printed briefs by March sixteenth. Present — Sears, P. J., Crouch, Taylor, Thompson and Crosby, JJ.

ROMANO DEGLIEQUI, Appellant, v. RAYMOND T. LANE, Respondent. ROMANO DEGLIEQUI, Appellant, v. HIGHWAY PRODUCTS AND MANUFACTURING COMPANY Respondent. METROPOLITAN CASUALTY INSURANCE COMPANY, Respondent, v. ROMANO DEGLIEQUI and BERO ENGINEERING CONSTRUCTION CORPORATION, Appellants.— Appeals dismissed unless appellants shall file and serve printed papers and printed briefs by March sixteenth. Present — Sears, P. J., Crouch, Taylor, Thompson and Crosby, JJ.

MORRIS LABOVITZ, Plaintiff, v. COURT EXCHANGE GARAGE, INC., and Another, Appellants; JUANITA BOWMAN, Respondent.— Motion granted and appeal dismissed, without costs. Present — Sears, P. J., Crouch, Taylor, Thompson and Crosby, JJ.